Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

5:24-CV-503 JSS PRL

**United States District Court**  District OCALA

Name (under which you were convicted): JEROME HEAVEN JR

Place of Confinement: MARION COUNTY JAIL

Docket or Case No.: unknown

Prisoner No.: 0039676

Petitioner (include the name under which you were convicted) JEROME HEAVEN JR

v.

Respondent (authorized person having custody of petitioner) ADVENT HEALTH CARE

The Attorney General of the State of

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court Ocala Division
U.S. Const Jurisdiction free me Art 3 Artificial

   (b) Criminal docket or case number (if you know):

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing:

3. Length of sentence:

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒
   (2) Guilty ☐
   (3) Nolo contendere (no contest) ☐
   (4) Insanity plea ☐

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

Page 6

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** The irreparable injury to the 8th amd. In reference to Cruel and unusal punishment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Emergency official lied to 911 dispatch placing my life in danger claiming Jerome Heaven Jr was about shoot up the Emergency room because Jerome initially asked upon arrival is this the hospital that covers for the Jail's death because I am the witness FDLE questioned about what I saw in Medical A Hospital to the public.

(b) If you did not exhaust your state remedies on Ground One, explain why: the inmate died in medical over 45 minuted dead.

(c) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes ☐  No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:
    Docket or case number (if you know):
    Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

[entire section struck through with large X]

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

GROUND TWO: The irreparable to the 7th amend in reference to Customary and Policy Regulation)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Hospital did not make sure the Cat Scan or Exray machine was inside OSHA Regulations The machine malfunction did not show I had fracture ribs I had to go to the HCA via Exrays and find out my ribs were fracture to the point I had interal bleeding "minor" which I did find out until I was incarcerated. (work through it without medical attention) Blood in the stool.

**(7)** If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** The irreparable injury to the 9th Amendment in reference to Emotional and mental distress

**(a) Supporting facts** (Do not argue or cite law. Just state the specific facts that support your claim.): I was completely terrified when the nurse approach me more undecided on how to take in what she said about me shooting a Hospital understanding tactical Stand and of law enforcement responses to those claims. Had to deal with untrained people who didn't know How to apply A 10 nerve wrecking. Reps showing up at my job with a New Corvette and the Same Car was Seen in the area of 1413 NW 18 Ocala FL 34475 wondering they knew I hang out

**(b) If you did not exhaust your state remedies on Ground Three, explain why:** [crossed out]

**(c) Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☐
  (2) If you did not raise this issue in your direct appeal, explain why: _____

**(d) Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      Yes ☐  No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?
   Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?
   Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____
_____
_____

**GROUND FOUR:** The irreparable enjury to the 11th Amend in reference to Negligance in totality

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The gravity of Health Care could not be felt Constitutionally not Policy wise at all at ADVENT HEALTH CARE THE EMPLOYEE HAVE MADE TOO MANY DISCRETIONARY DECISION OUT OF RETALIATION WHICH CAUSED A RISK, AND EXTREME DANGER ON MY LIFE.

I have the letter on file
I was told basically not to go through
this process go through the Hospital
for the physically injury
to cover the emotional trauma knowing a hospital
and cover for a wrongful death. Everything
is on camera the reason I did not go
to jail I was recording
Still trespassed also
Assasinating my character is evident also!

Therefore, petitioner asks that the Court grant the following relief: Punitive 700,000 Compensatory 85,000

or any other relief to which petitioner may be entitled. Will intentionally hurt someone

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on September 8 2024 (month, date, year).

Executed (signed) on 9/8/24 (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. N/A

Heaven Jerome Jr
3290 NW 10
Ocala, FL 34475

JACKSONVILLE FL 320
9 SEP 2024 PM 2 L

Federal Courthouse
207 NW 2nd St Room 337
Ocala, FL 34475

INMATE MAIL

SCREENED By USMS

6941

